UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.  CASE NO. 8:12-cr-70-T-23EAJ

JAMES LEWIS WRIGHT
_____/

## ORDER

Magistrate Judge Elizabeth Jenkins' "Report and Recommendation" (Doc. 48) (1) explains that Wright's September 30, 2013, construed notice of appeal (Doc. 41) from his August 22, 2012, judgment and sentence is filed after expiration of the time within which a district court may extend the time to appeal and (2) recommends denial of Wright's motion to appeal *in forma pauperis* (Doc. 45).* Neither party objects to the report and recommendation, which is **ADOPTED**, and the motion to appeal *in forma pauperis* is **DENIED**.

ORDERED in Tampa, Florida, on December 11, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

---

* In his August 21, 2013, motion under 28 U.S.C. § 2255 (Doc. 39), Wright states that he did not appeal from his judgment of conviction and that the Section 2255 motion was his "first challenge" to the judgment or sentence.